1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
                                        NO. CR. S-94-327 LKK
12            Plaintiff,

13       v.                                   O R D E R

14  HAROLD REX CLOWARD,
              Defendant.
15  _____/

16

17       The Court is in receipt of defendant Harold Cloward's request

18  to lift his firearms restriction. For the reasons outlined in the

    attached memorandum, the motion is DENIED.
19
         IT IS SO ORDERED.
20
         DATED: December 20, 2012
21

22

23                          _____
                            LAWRENCE K. KARLTON
24                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
25

26

                                    1